# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

KEITH GROSS

        Plaintiff,

    v.

PHILIP LETSOU

        Defendant.

Civil Action No. 5:26-cv-00021-MW-MJF

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Philip Letsou respectfully moves this court to dismiss the claims in Plaintiff's complaint. For the reasons set forth in the attached memorandum, Plaintiff fails to state a claim upon which relief may be granted. Further, since this suit constitutes a meritless Strategic Lawsuit Against Public Participation (SLAPP) under Florida law, Defendant is entitled to an award of fees and costs pursuant to Florida's anti-SLAPP statute. *See* Fla. Stat. § 768.295.

1

2

Dated: May 7, 2026

Respectfully submitted,

*/s/* Erin Morrow Hawley
Erin Morrow Hawley
District of Columbia Bar No. 500782
*Pro hac vice*
Jessica Furst Johnson
Florida Bar No. 43929
Ryan G. Dollar
District of Columbia Bar No. 166681
*Pro hac vice*
John S. Ehrett
District of Columbia Bar No. 1657026
*Pro hac vice*
LEX POLITICA PLLC
700 Pennsylvania Avenue SE, Ste 440
Washington, D.C. 20003
(512) 354-1783
ehawley@lexpolitica.com
jessica@lexpolitica.com
ryan@lexpolitica.com
jehrett@lexpolitica.com

*Counsel for Defendant Philip Letsou*

2