**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

KEITH GROSS,

     Plaintiff,

v.                                                      Case No.  5:26-cv-21-MJF

PHILIP LETSOU,

     Defendant.

                                  /

## <u>ORDER</u>

When Plaintiff commenced this civil action, he asserted that the district court enjoyed subject-matter jurisdiction by virtue of the parties' diverse citizenship. Doc. 1 ¶ 3. Plaintiff, however, failed to adequately plead the parties' citizenship with specificity. A conclusory assertion that the parties have diverse citizenship does not suffice. Plaintiff also stated that the court possessed subject-matter jurisdiction pursuant to 28 U.S.C. § 1331, which concerns federal-question jurisdiction, not jurisdiction based on diversity of citizenship. Consequently, this court afforded Plaintiff an opportunity to correct these defects by filing an amended complaint. Plaintiff has not done so.

Accordingly, it is **ORDERED**:

Page 1 of 2

1.     On or before **August 7, 2026**, Plaintiff shall show cause why this case should not be dismissed for lack of subject-matter jurisdiction.

2.     Plaintiff's failure to comply with this order likely will result in dismissal of this civil action for lack of subject-matter jurisdiction.

**SO ORDERED** on August 3, 2026.

/s/ *Michael J. Frank*

**Michael J. Frank**
**United States Magistrate Judge**